**Electronically Filed
Supreme Court
SCPR-12-0000585
10-JUL-2012
02:58 PM**

NO. SCPR-12-0000585

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE LLOYD I. MASHITA, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Intermediate Court of Appeals Associate Judge Ginoza,
assigned by reason of vacancy)

Upon consideration of Petitioner Lloyd I. Mashita's petition to resign and surrender his license to practice law in the State of Hawai'i, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Lloyd I. Mashita, attorney number 1622, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED: Honolulu, Hawai'i, July 10, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

